UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHALONDA SPRUILL,
    Plaintiff,

v.                            C.A. No. 09-292 S

GARY ALEXANDER,
    Respondent.

## ORDER

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on March 31st, 2011 (ECF #38) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's objection to the Magistrate Judge's Report and Recommendation (ECF #39) is rejected and Plaintiff's Motion for Attorney Fees and Costs (ECF #20) is hereby GRANTED IN PART AND DENIED IN PART pursuant to Magistrate Judge Almond's Report and Recommendation awarding $102,456.00 in attorney's fees and $2,401.44 in costs.

ENTER:

_WSmm_
William E. Smith
United States District Judge

Date: 6/9/11